

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ELYSA FENENBOCK AND LAUREN FENENBOCK, | § | No. 08-17-00180-CV |
|  | § | Appeal from |
| Appellants, | § | 448th District Court |
| v. | § | of El Paso County, Texas |
| W. SILVER RECYCLING, INC., LANE GADDY, AND WESTON GADDY, | § | (TC # 2014-DCV1715) |
| Appellees. | § |  |

## J U D G M E N T

The Court has considered this cause on Appellants' motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellants to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF OCTOBER, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.